**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JESSE JAMES HILL, JR.,

    Plaintiff,

vs.                                        Case No. 5:03cv192/MCR/EMT

M.S. WILLIAMS,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 13, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant's motion for summary judgment (Doc. 33) is **GRANTED IN PART**.  Summary judgment is **GRANTED** to Defendant in his official capacity.  Additionally, summary judgment is **GRANTED** to Defendant in his individual capacity on the issues of compensatory and punitive damages.  Summary judgment is **DENIED** to Defendant in his individual capacity on the issue of nominal damages.

3.  The clerk is directed to return the file to the assigned Magistrate Judge for further proceedings.  Final judgment on all claims involving all parties will be entered at the conclusion of the case.

**DONE AND ORDERED** this 14th day of October, 2005.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

*Case No: 5:03cv192/MCR/EMT*